ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

MARTIN SARABIA

CONSUELO SARABIA

      Debtors

Chapter 13

Case No. 05-59139 CN

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499184 for an unclaimed dividend in the amount of $5.73. The name and address of the claimant entitled to the unclaimed dividend is as follows;

MARTIN SARABIA
CONSUELO SARABIA
P O BOX 125
GONZALES, CA 93926

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 05-59139   Doc# 66   Filed: 10/07/11   Entered: 10/18/11 15:12:08   Page 1 of 1
05-59139 CN - Notice of Unclaimed Dividend